IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS McMEANS, # 216225, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. |
| v. ) | 2:19-cv-1039-WHA-CSC |
| ) | (WO) |
| STATE OF ALABAMA, et al., ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

On July 11, 2022, the Magistrate Judge filed a Recommendation that Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2254 be denied as time-barred under 28 U.S.C. § 2244(d) and that this case be dismissed with prejudice. (Doc. 24.) Petitioner has filed Objections to the Recommendation. (Doc. 25.) Upon an independent review of the record and upon consideration of the Recommendation and Petitioner's Objections, it is ORDERED as follows:

(1) The Objections (Doc. 25) are OVERRULED;

(2) The Recommendation (Doc. 24) is ADOPTED; and

(3) This case is DISMISSED WITH PREJUDICE.

A separate final judgment will be entered.

DONE this 22nd day of July 22, 2022.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE